TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00756-CV

Edward C. Nix, Appellant

v.

The Insurance Company of the State of Pennsylvania, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 97-01105, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Because appellant Edward C. Nix and appellee The Insurance Company of the
State of Pennsylvania have settled all matters in controversy, they filed an agreed motion to
dismiss this appeal. Because they want the district court to enter an agreed judgment, we reverse
the judgment and remand the cause to the district court for entry of judgment consistent with the
parties' agreement.

Before Justices Kidd, B. A. Smith and Puryear

Reversed and Remanded

Filed: February 28, 2001

Do Not Publish